USDC SCAN INDEX SHEET















MEG    9/16/99    10:09

3:99-CV-01965   DUONG V. INS

*1*

*PCSO.*

1  Loc Duong
   1115 North Imperial Avenue
2  El Centro, CA 92243
   INS A-File # 242-72-915
3              25-360-290

4                    IN THE UNITED STATES DISTRICT COURT

5          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

6

7

8      Loc Duong                    )  NO. CIV '99CV 1965 J  RBB
                                     )
9                Petitioner,         )
                                     )
10     v.                            )  PETITION FOR WRIT OF HABEAS
                                     )  CORPUS BY A PERSON IN FEDERAL
11     IMMIGRATION AND NATURALIZATION)  CUSTODY PURSUANT TO 28 U.S.C.
12     SERVICE,                      )  § 2241
                                     )
13               Respondent.         )
                                     )
14  _____  )

15

16  1.  Name and location of place of confinement: INS Detention Facility,
    El Centro, California.
17
    2.  Name and location of court causing confinement: INS District
18  Director, SAN DIEGO CA .

19
    3.  Case Name and Number: INS File No. 25-360-290 .
20

21  4.  Date of judgment of conviction: Date of order of confinement:
    12-16-98 .
22

23  5.  Sentencing Date: N/A.

24
    6.  Sentence: N/A.
25

26  7.  Sentencing Judge: N/A.

27  8.  Nature of offense or offenses for which you were convicted: N/A.

28  9.  What was your plea: N/A

10.   Kind of trial: N/A.

11.   Did you testify at trial?  N/A

12.   Did you appeal from the judgment of conviction or sentence?  N/A.

13.   If you did appeal, list the court to which you appealed: N/A.

        (a)   Name of Court:
        (b)   Result:
        (c)   Date of Result:

14.   Did you seek any further review?  N/A.

15.   List the court(s) to which you sought further review?  N/A.

        (a) Name of Court:
        (b) Nature of Review:
        (c)   Result:

        (a)   Name of Court:
        (b)   Nature of Review:
        (c)   Result:

16.   Other than a direct appeal from the judgment of conviction and
      sentence, have you    previously filed any petitions, applications,
      or motions with respect to your confinement
      in any court, state or federal? No

17.   GROUNDS FOR RELIEF:

    A.   My indefinite detention by respondent INS is in violation of
        my rights to procedural and substantive due process, as
        guaranteed by the Fifth Amendment to the United States
        Constitution.

    B.   My indefinite detention by respondent INS is in violation of
        the six-month limitation set forth in former 8 U.S.C. §§
        1252(c) and (d).

    C.   The substantive provisions of AEDPA and IIRIRA may not,
        consistent with their terms and with due process requirments,
        be given retroactive effect in my case.

    D.   Because I am seeking relief related only to my custody
        status, which is not inconsistent with an order of
        deportation, exhaustion of administrative remedies if any is
        not required.  Moreover, there is no administrative procedure
        to address the issues raised herein.

E.    My detention is unconstitutional, because I am not a flight risk, and I do not present a danger to society.

18.  Do you have any petition or appeal now pending in any court or administrative body as to the claims raised above?

No.

19.  Have you exhausted your administrative remedies with respect to the claims raised above?

See 17(d) above; yes - see 20(a)+(b) below

20.  State the administrative remedies that you pursued?  N/A.

(a) Nature of Review: Petitioned District Director for Release on Bond (2-16-99)

(b) Result: Denied (8-4-99)

(a) Nature of Review: Appealed District Director's Decision (8-12-99) on Denial of Bond

(b) Result:

(a) Nature of Review:

(b) Result:

21.     Give the name and addresses, if known, of each attorney who represented you in the following stages of the underlying judgment:

(a)  At preliminary hearing:  N/A

(b)  At arraignment and plea: N/A

(c)  At change of plea: N/A

(d)  At trial:  N/A

(e)  At sentencing:  N/A

(f)  On appeal:  N/A

(g)  In any post-conviction proceedings:  N/A

(h)  On appeal from any adverse ruling in post conviction proceedings:  N/A

(i)   Other:

(j)   Other:

22.  Do you have any future sentence to serve after you complete the

1   **sentence imposed by the underlying judgment in your case?**

2   I am no longer serving a criminal sentence, nor do I have any

3   sentence to be served.  I am being indefinitely detained by the
    INS because they cannot deport/remove me.

4

    **23.   If you are seeking leave to proceed _in forma pauperis_, have you**
5       **completed the sworn affidavit setting forth the required**
        **information?**
6
    Yes.
7

8
                            PRAYER FOR RELIEF
9
        Based upon the illegal and unconstitutional actions listed above,
10
    I request that the Court grant my petition and direct respondent to
11
    release me from custody, and that the Court grant any other relief to
12
    which I am entitled.
13
        I verify, under penalty of perjury, that the foregoing information
14
    is true and correct to the best of my recollection.
15

16
        Dated: __9/9/99__              Respectfully submitted,
17

18

19
                                       INS A-File # 25-360-290
20
                                       In Propria Persona
21

22

23

24

25

26

27

28

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Loc Duong

INS EL CENTRO DETENTION FACILITY
1115 N. IMPERIAL AVENUE
EL CENTRO, CA 92243

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Imperial__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

IMMIGRATION AND NATUALIZATION SERVICE
c/o GREGORY A. VEGA, U.S. Attorney
ATTN: Samuel Bettwy___, Assistant U.S. Attorney
880 Front Street
San Diego, CA  92101-8893

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __San Diego__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

In Forma Pauperis

ATTORNEYS (IF KNOWN)

GREGORY A. VEGA, U.S. Attorney
Samuel Bettwy, Assistant U.S. Attorney
880 Front Street
San Diego, CA  92101-8893

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

'99cv 1965 J RBB

Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent ☐ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | ☐ 790 Other Labor Litigation | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):   NO

JUDGE _____   DOCKET NUMBER _____

DATE 8/9/99

SIGNATURE OF ATTORNEY OF RECORD

Pro Se

UNITED STATES DISTRICT COURT

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney or record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8 (a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

_Loc Duong_

A# _25 - 360·290_

1115 N. Imperial Avenue
El Centro, CA  92243

_9/9_, 1999

Ms. Roberta Westdal
Clerk of the Court
United States District Court
 for the Southern District of California
880 Front Street, Suite 4290
San Diego, CA  92101-8893

**Re:    Petition pursuant to 28 U.S.C.  section 2241 (Habeas Corpus)**

Dear Madam:

I am presently in the custody of the Immigration and Naturalization Service, at the address listed above.  Enclosed for filing please find the following:

1.    Petition for writ of habeas corpus, pursuant to 28 U.S.C. section 2241.

2.    Request for appointment of counsel (specifically Federal Defenders of San Diego)

3.    Application to proceed *in forma pauperis.*

Thank you very much.

Sincerely,

INS A-File # _25 36 0290_